UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:

ORLANDO GONZALEZ                                                    CHAPTER 7
                                                                    CASE NO.: 22-13748-LMI
    Debtor.
_____/

## NOTICE OF APPEARANCE

COMES NOW, H. Michael Solloa, Jr. of Tripp Scott, P.A., and hereby files his Notice of Appearance as counsel of record for the Creditor, World Omni Financial Corp., in the above-styled case, and requests that the firm be provided copies of all pleadings filed herein and any notice of the matters arising in this action may be duly served on the undersigned at the following address:

    TRIPP SCOTT, P.A.
    Counsel for Creditor
    110 SE 6th Street, 15th Floor
    Fort Lauderdale, FL 33301
    bankruptcy@trippscott.com
    Tel: 954-525-7500

    /s/ *H. Michael Solloa, Jr.*
    H. Michael Solloa, Jr.
    FBN: 37854

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a true and correct copy of the Notice of Appearance was provided by U.S. 1st Class or electronic mail to Orlando Gonzalez, 901 SW 11th Steet, Apartment 6, Miami, FL 33129; Matthew T Bayard, 4343 W. Flagler St., Ste. 100, Miami, FL 33134; Maria Yip, 2 S. Biscayne Blvd, #2690, Miami, FL 33131; Office of the U.S. Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130, on this 2nd day of June, 2022.

    /s/ *H. Michael Solloa, Jr.*
    H. Michael Solloa, Jr.